**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 5150 PROCESSING, LLC, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-1276 |
| | ) | |
| MALOUT JOSAN, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MALOUT JOSAN, LLC'S AMENDED DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 and Fed. R. Civ. P. 7.1, the undersigned discloses the following information about defendant Malout Josan, LLC ("Defendant"):

1. If the subject is a nongovernmental corporation that is a party, intervenor, or proposed intervenor in a civil or criminal case,

a. Whether it is publicly traded, and if it is, on which exchange(s): **Defendant is not publicly traded.**

b. Its parent companies or corporations (if none, state "none"): **None.**

c. Subsidiaries that are not wholly owned by the subject (if none, state "none"): **None.**

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): **None.**

2. If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor,

including all members, sub-members, general and limited partners, and corporations: **Jurisdiction is based on federal question(s).**

3. If the subject is an organizational victim in a criminal case: **Not applicable.**

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, which means no later than seven (7) days of the change or event. E.D.Mo. L.R. 2.09(A)(2) and (B)(2); Fed. R. Civ. P. 7.1(a)(2)(B) and (b)(2).

*/s/ John J. Gates*
John J. Gates MO #51280
GATES WESTERING, LLC
701 East 63rd Street, Suite 350
Kansas City, MO 64110
Phone: (816) 448-8530
Fax: (816) 448-8529
Email: john@gateswestering.com
ATTORNEY FOR DEFENDANT
MALOUT JOSAN, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that, August 11, 2026, I electronically filed the foregoing pleading with the Clerk, which sent notice of the electronic filing to all counsel of record.

*/s/ John J. Gates*
Attorney for Defendant Malout Josan, LLC